# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Smith, Rebecca B. | Eastern District of Virginia | 05/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

United States District Court
600 Granby Street
Norfolk, Virginia 23510

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | General Douglas MacArthur Foundation, Norfolk, Va |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | ▮▮▮▮▮▮▮▮▮▮ - salary (retired April 1, 2014) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Branch Bank & Trust Co. Bank Account | A | Interest | J | T | | | | | |
| 2. Investment Account #1 directing (line 3) | | | | | | | | | |
| 3. IRA-Brokerage Account #1 holding (lines 4-35) | | | | | | | | | |
| 4. Schwab Govt. Money Fund | A | Int./Div. | K | T | | | | | |
| 5. Standard & Poor's Midcap 400 (now I'Shares S & P 400) | D | Int./Div. | K | T | | | | | |
| 6. Verizon Communications | B | Int./Div. | J | T | | | | | |
| 7. IShares TR Barclays Bond Intermediate, now IShares TR Bond | B | Int./Div. | K | T | | | | | |
| 8. IShares TR Barclays Fund Aggregate now Ishares Core | A | Int./Div. | J | T | | | | | |
| 9. IShares Trust (High Yield Corp) | A | Int./Div. | J | T | | | | | |
| 10. Vanguard MSCI Emerging Markets | A | Int./Div. | | | Sold | 02/06/14 | J | A | |
| 11. IShares Tr Barclays Tips | | None | K | T | | | | | |
| 12. Wisdomtree Trust | A | Int./Div. | K | T | | | | | |
| 13. Dominion Resources | A | Int./Div. | | | Sold | 12/09/14 | J | A | |
| 14. JP Morgan Chase | A | Int./Div. | | | Sold | 09/19/14 | K | | |
| 15. Apple Inc | D | Int./Div. | K | T | | | | | |
| 16. BP PLC ADR | | None | J | T | | | | | |
| 17. Alps Trust ETF | A | Int./Div. | | | Sold | 10/06/14 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IShares S & P 500 Value | D | Int./Div. | K | T | | | | | |
| 19. Powershares ETF | | None | J | T | | | | | |
| 20. Vanguard FTSE ETF | | None | K | T | | | | | |
| 21. Wisdomtree Small Cap | B | Int./Div. | K | T | | | | | |
| 22. Maingate MLP FD CL I | | None | J | T | Buy | 10/02/14 | J | | |
| 23. IShares TR Bond | A | Int./Div. | K | T | Buy | 06/03/14 | K | | |
| 24. Vanguard Reit | A | Int./Div. | J | T | Buy | 10/01/14 | J | | |
| 25. Taxable Bonds: | | | | | | | | | |
| 26. Gov't Natl Mtg. Assn Pool 5/15/20 Medium Term Notes | A | Int./Div. | J | T | | | | | |
| 27. U.S. T-Note 8/15/15 | A | Int./Div. | J | T | | | | | |
| 28. Fed Farm CR BK 6/8/17 | B | Int./Div. | K | T | | | | | |
| 29. Conocophillips 10/15/16 | A | Int./Div. | J | T | | | | | |
| 30. Amgen 11/15/21 | A | Int./Div. | J | T | | | | | |
| 31. Maryland St Sta 12/15/18 | A | Int./Div. | J | T | | | | | |
| 32. Fla Hurricane 7/1/16 | A | Int./Div. | J | T | | | | | |
| 33. UST Infl Idx 1/15/21 | | None | J | T | Buy | 09/18/14 | J | | |
| 34. BP Capital Mkt P 10/1/20 | | None | J | T | Buy | 11/17/14 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 35. Pfizer Inc. 3/15/19 | A | Int./Div. | J | T | Buy | 11/18/14 | J | | |
| 36. ▮▮▮▮▮▮▮▮ | | None | N | W | | | | | |
| 37. Investment Account #2 directing (line 38) | | | | | | | | | |
| 38. Brokerage Account #2 holding (lines 39-92) | | | | | | | | | |
| 39. Schwab Govt Money Fund | A | Int./Div. | L | T | | | | | |
| 40. Equities/Stocks: | | | | | | | | | |
| 41. A T & T Inc. | A | Dividend | K | T | | | | | |
| 42. Ace Limited | A | Dividend | K | T | | | | | |
| 43. Auto Data Processing | A | Dividend | K | T | | | | | |
| 44. Cisco Systems Inc. | A | Dividend | K | T | | | | | |
| 45. Dollar Tree Inc. | A | Dividend | L | T | | | | | |
| 46. DuPont E I De Nemours & Co. | A | Dividend | K | T | | | | | |
| 47. Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 48. Exxon Mobil Corp. | B | Dividend | K | T | | | | | |
| 49. General Electric Co. | B | Dividend | K | T | | | | | |
| 50. Honeywell International | B | Dividend | L | T | | | | | |
| 51. Johnson & Johnson | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. J.P. Morgan Chase & Co. | A | Dividend | K | T | | | | | |
| 53. Kraft Foods, Inc name changed to Mondelez on 10/2/12 | A | Dividend | K | T | | | | | |
| 54. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 55. Pepsico Inc. | B | Dividend | K | T | | | | | |
| 56. Verizon Communications | A | Dividend | J | T | | | | | |
| 57. Canadian Natl Ry Co | A | Dividend | K | T | | | | | |
| 58. Home Depot | A | Dividend | K | T | | | | | |
| 59. Marathon Oil Corp | A | Dividend | J | T | | | | | |
| 60. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 61. Travelers Companies | A | Dividend | K | T | | | | | |
| 62. Vanguard Div Apprciation | A | Dividend | K | T | | | | | |
| 63. Chevron Corporation | A | Dividend | K | T | | | | | |
| 64. Wal-Mart Stores Inc | A | Dividend | K | T | | | | | |
| 65. SPDR Index Shares Fund | A | Dividend | | | Sold | 08/29/14 | K | A | |
| 66. Apple Inc | A | Dividend | K | T | | | | | |
| 67. Plum Creek Timber Co | A | Dividend | | | Sold | 01/15/14 | J | A | |
| 68. Amgen Incorporated | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. BP PLC ADR | A | Dividend | K | T | | | | | |
| 70. CSX Corp | A | Dividend | K | T | | | | | |
| 71. Corning Inc | A | Dividend | K | T | | | | | |
| 72. McDonalds Corp | A | Dividend | K | T | | | | | |
| 73. Kraft FoodsGroup | A | Dividend | J | T | | | | | |
| 74. Total S A Adr | A | Dividend | J | T | | | | | |
| 75. Deere & Co | A | Dividend | K | T | | | | | |
| 76. ENSCO Plc Class A | A | Dividend | | | Sold | 10/03/14 | J | | |
| 77. CDK Global Inc. (spinoff of Auto Data Processing) | A | Dividend | J | T | Spinoff<br>(from line 43) | 09/30/14 | J | | |
| 78. Delta Airlines Inc. | A | Dividend | K | T | Buy | 10/08/14 | K | | |
| 79. Discover Financial SVCS | A | Dividend | J | T | Buy | 02/06/14 | J | | |
| 80. Toyota Motor CP | B | Dividend | K | T | Buy | 04/07/14 | K | | |
| 81. Tax Exempt Bonds: | | | | | | | | | |
| 82. Bristol, VA 11/1/16 | A | Interest | J | T | | | | | |
| 83. Prince William County VA CTF Partn 6/1/15 | A | Interest | J | T | | | | | |
| 84. Virginia College Bl. 9/1/15 | A | Interest | J | T | | | | | |
| 85. Virginia College Bl. 4/1/16 | A | Interest | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. VA Res Auth Infrastructure Rev. Pooled Loan Bond 11/1/14 | | None | | | Matured | 11/01/14 | K | A | |
| 87. Appamattox Cnty Va 05/01/14 | | None | | | Matured | 05/01/14 | J | A | |
| 88. Fairfax Cnty Va ECO 05/15/17 | A | Interest | J | T | | | | | |
| 89. Hanover County VA Eco 04/01/18 | A | Interest | K | T | | | | | |
| 90. Virginia St Res Aut 11/01/19 | A | Interest | K | T | | | | | |
| 91. Richmond Va Met 7/15/22 | A | Interest | K | T | | | | | |
| 92. Fairfax Co Wtr Au 4/1/21 | A | Interest | J | T | | | | | |
| 93. Wells Fargo | A | Interest | M | T | | | | | |
| 94. Rental Property #1, Norfolk, VA | E | Rent | N | W | | | | | |
| 95. C.A. Associates, 2%, Norfolk, VA | C | Dividend | K | W | | | | | |
| 96. GJF Currituck Beach Associates, NC | | None | J | W | | | | | |
| 97. Friends of Cedar Point Country Club | | None | J | T | | | | | |
| 98. IRA-Brokerage Acct #3 directing and holding (lines 99-139) | | | | | | | | | |
| 99. UBS Financial Services IRA Partial Dist. | D | Distribution | M | T | | | | | |
| 100. Washington Real Estate Investment Fund | A | Int./Div. | J | T | | | | | |
| 101. IShares Trust Russell 1000 Value Index | A | Int./Div. | J | T | | | | | |
| 102. IShares Trust Russell 1000 Growth Index | B | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IShares Trust Russell Midcap Value Index | B | Int./Div. | J | T | | | | | |
| 104. IShares Trust Russell Midcap Growth Index | B | Int./Div. | J | T | | | | | |
| 105. IShares MSCI EAFE Index Fund | A | Int./Div. | J | T | | | | | |
| 106. IShares MSCI Emerging Markets Index | | None | J | T | | | | | |
| 107. Vanguard Index Funds Vanguard Value ETF | A | Int./Div. | J | T | | | | | |
| 108. Vanguard Index Funds Vanguard Small Cap | B | Int./Div. | J | T | | | | | |
| 109. Vanguard Index Funds Vanguard Growth | B | Int./Div. | J | T | | | | | |
| 110. Vanguard REIT ETF | A | Int./Div. | J | T | | | | | |
| 111. IShares IBoxx $ Invt Gra De Corp Fund | A | Int./Div. | J | T | | | | | |
| 112. IShares IBoxx High Yield Corp | | None | J | T | | | | | |
| 113. Powershares Emerging Markets Sovereign | | None | | | Sold | 04/02/14 | J | A | |
| 114. SPDR Barclays Intl Treas | | None | | | Sold | 02/06/14 | J | A | |
| 115. SPDR Barclays Capital High Yield ETF | | None | J | T | | | | | |
| 116. Pimco Commodity Real Return Strategy | | None | | | Sold | 10/30/14 | J | A | |
| 117. Fed. Gavt Income Fund Class A | | None | J | T | | | | | |
| 118. Lord Abbett Intermediate Tax Fund | A | Int./Div. | K | T | | | | | |
| 119. Thornburg Limited Term Fund | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Wells Fargo Advantage Intermediate | A | Int./Div. | K | T | | | | | |
| 121. Wells Fargo Advantage Municipal Fund | A | Int./Div. | K | T | | | | | |
| 122. IShares 7-10 Year Treas Bond ETF | A | Int./Div. | J | T | | | | | |
| 123. IShares Tips Bond ETF | | None | | | Sold | 02/06/14 | J | A | |
| 124. IShares JP Morgan USD Emerging Markets | | None | | | Sold | 12/26/14 | J | A | |
| 125. Blackrock High Yield | | None | K | T | | | | | |
| 126. Goldman Sachs Strategic Income | | None | K | T | | | | | |
| 127. Nuveen Symphony Floating | | None | K | T | | | | | |
| 128. Prudential Short Term Corporate Bond | | None | K | T | | | | | |
| 129. Virtus Multi-Sector Short Term Bond | | None | K | T | | | | | |
| 130. AQR Managed Futures Strategy | A | Int./Div. | J | T | | | | | |
| 131. Ishares 7-10 year treas bond ETF | A | Int./Div. | J | T | Buy | 12/16/14 | J | | |
| 132. Powershares ETF Trust II | | None | J | T | Buy | 09/29/14 | J | | |
| 133. Alps/Corecommodity Mangm Complete | | None | J | T | Buy | 10/30/14 | J | | |
| 134. Tax Exempt Bonds: | | | | | | | | | |
| 135. Virginia Beach Va Pub Impt 7/15/23 | | None | | | Sold | 07/15/14 | J | A | |
| 136. Virginia Small Business Fing Auth 11/1/21 | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Arlington Cnty Va IDA 7/1/31 | B | Interest | K | T | | | | | |
| 138.  Roanoke VA EDA Hosp 7/1/20 | B | Interest | K | T | | | | | |
| 139.  Henrico County Va Econ Auth Res Care 10/1/35 | A | Interest | K | T | | | | | |
| 140.  Brokerage Account #4 directing and holding (lines141-169) | | | | | | | | | |
| 141.  Resource Management Tax Free Fund (now UBS Bank USA Dep Acct) | | None | J | T | | | | | |
| 142.  Equities/Stocks: | | | | | | | | | |
| 143.  IShares Trust Russell 1000 Value Index Fund | A | Dividend | J | T | | | | | |
| 144.  IShares Trust Russell 1000 Growth Index Fund | B | Dividend | J | T | | | | | |
| 145.  IShares Trust Russell Midcap Index Fund | B | Dividend | J | T | | | | | |
| 146.  IShares MSCI EAFE Index Fund | A | Dividend | J | T | | | | | |
| 147.  Vanguard Index Funds Vanguard Value | B | Dividend | J | T | | | | | |
| 148.  Vanguard Index Funds Vanguard Growth | B | Dividend | J | T | | | | | |
| 149.  IShares IBoxx $ Invt Gra De Corporate | A | Dividend | J | T | | | | | |
| 150.  IShares Barclays Inter CR BD FD | A | Dividend | J | T | | | | | |
| 151.  IShares IBoxx High Yield Corp Bond | | None | J | T | | | | | |
| 152.  Powershares Emerging Markets Sovereign | | None | | | Sold | 04/02/14 | J | A | |
| 153.  SPDR Barclays Intl Treas Bond ETF | | None | | | Sold | 02/06/14 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  SPDR Barclays Capital High Yield | | None | J | T | | | | | |
| 155.  AQR Managed Futures Strategy Fund | B | Dividend | K | T | | | | | |
| 156.  Pimco Commodity Real Return Strategy | | None | | | Sold | 10/30/14 | J | A | |
| 157.  IShares MSCI Emerging Markets | | None | J | T | | | | | |
| 158.  Vanguard Index Funds Vanguard Small Cap | B | Dividend | J | T | | | | | |
| 159.  IShares Tips Bond | | None | | | Sold | 02/06/14 | J | A | |
| 160.  IShares Inter Credit Bond | A | Dividend | J | T | | | | | |
| 161.  IShares Natl Amt-Free Muni Bond | | None | J | T | | | | | |
| 162.  IShares JP Morgan USD Emerging Markets | | None | | | Sold | 12/26/14 | J | A | |
| 163.  Market Vectors ETF Trust Inter Municipal | A | Dividend | K | T | | | | | |
| 164.  Market Vectors ETF Trust Long Municipal | | None | | | Sold | 02/06/14 | J | A | |
| 165.  Market Vectors ETF Trust Short Municipal | | None | K | T | | | | | |
| 166.  Market Vectors High Yield Muni ETF | | None | K | T | | | | | |
| 167.  Powershares ETF Trust II | | None | J | T | Buy | 09/29/14 | J | | |
| 168.  Metropolitan West Total | A | Dividend | K | T | Buy | 10/30/14 | K | | |
| 169.  Alps/Corecommodity mangm | | None | J | T | Buy | 10/30/14 | J | | |
| 170.  NUZ Investments LLC | C | Distribution | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rebecca B. Smith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544